UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| PANAMERICAN OPERATING, INC. | § | Case No. 15-41541 |
| | § | |
| Debtor(s) | § | |
| | § | |

---

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION

REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY

ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Mark A. Weisbart, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $11,858.00 (Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $343,109.22 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $204,880.05 | |

3) Total gross receipts of $547,989.27 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $547,989.27 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | NA | $203,377.06 | $204,880.05 | $204,880.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $0.00 | $4,270.65 | $4,270.65 | $4,270.65 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $2,466,802.58 | $3,126,364.38 | $365,146.18 | $338,838.57 |
| **TOTAL DISBURSEMENTS** | $2,466,802.58 | $3,334,012.09 | $574,296.88 | $547,989.27 |

4) This case was originally filed under chapter 7 on 08/28/2015. The case was pending for 59 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.**  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9.**

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   07/21/2020    By :    /s/ Mark A. Weisbart

Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Sale of Louisiana ORRI | 1210-000 | $38,500.00 |
| Sale of Arkansas ORRI | 1210-000 | $37,500.00 |
| Arkansas ORRI | 1229-000 | $94,213.03 |
| Unclaimed Funds | 1229-000 | $92,894.01 |
| Unclaimed Funds From Comptroller of Public Accounts | 1229-000 | $199,615.88 |
| Farmers Insurance Group Refund | 1229-000 | $81.87 |
| Louisiana ORRI | 1229-000 | $24,584.48 |
| Oil Field Equipment | 1229-000 | $17,600.00 |
| Litigation Claims - Geary Trigleth & High Plains Operating | 1249-000 | $43,000.00 |
| **TOTAL GROSS RECEIPTS** | | $547,989.27 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Mark Weisbart | 2100-000 | NA | $30,649.46 | $30,649.46 | $30,649.46 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Mark Weisbart | 2200-000 | NA | $0.00 | $1,502.99 | $1,502.99 |
| International Sureties, Ltd | 2300-000 | NA | $773.00 | $773.00 | $773.00 |
| CIRCLE C OILFIELD SERVICES LLC | 2420-000 | NA | $1,050.00 | $1,050.00 | $1,050.00 |
| First National Bank of Vinita | 2600-000 | NA | $66.51 | $66.51 | $66.51 |
| Texas Capital Bank | 2600-000 | NA | $3,276.54 | $3,276.54 | $3,276.54 |
| McGuire, Craddock & Strother, P.C. | 3210-000 | NA | $134,744.25 | $134,744.25 | $134,744.25 |
| McGuire, Craddock & Strother, P.C. | 3220-000 | NA | $2,827.52 | $2,827.52 | $2,827.52 |
| Edward Prior and Associates | 3991-000 | NA | $19,934.00 | $19,934.00 | $19,934.00 |
| SPRI Investigations | 3991-000 | NA | $10,055.78 | $10,055.78 | $10,055.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $203,377.06 | $204,880.05 | $204,880.05 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Conway County Tax Collector | 5800-000 | NA | $34.64 | $34.64 | $34.64 |
| 15 | Tarrant County | 5800-000 | NA | $2,057.09 | $2,057.09 | $2,057.09 |
| 16 | Parker CAD | 5800-000 | $0.00 | $2,157.75 | $2,157.75 | $2,157.75 |
| 17 | Archer County | 5800-000 | NA | $21.17 | $21.17 | $21.17 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $4,270.65 | $4,270.65 | $4,270.65 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Bell Supply Company | 7100-000 | $40,000.00 | $30,937.85 | $30,937.85 | $30,937.85 |
| 3 | BSC Rod Lift Solutions, LLC | 7100-000 | $1,486.02 | $1,486.02 | $1,486.02 | $1,486.02 |
| 4 | Mark Cambiano | 7100-000 | $10,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| 5 | Petit Jean Land Co., LLC | 7100-000 | $75,000.00 | $75,000.00 | $75,000.00 | $75,000.00 |
| 6 | Kathleen Cambiano | 7100-000 | $10,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| 7 | Geary L. Trigleth | 7100-000 | $1,379,109.10 | $1,379,109.10 | $0.00 | $0.00 |
| 8 | Basic Energy Services, LP | 7100-000 | $17,016.50 | $15,421.72 | $15,421.72 | $15,421.72 |
| 9 | CC Forbes, LLC | 7100-000 | $160,000.00 | $145,255.09 | $145,255.09 | $145,255.09 |
| 10 | George Land & Cattle Co., LLC | 7100-000 | $250,000.00 | $0.00 | $0.00 | $0.00 |
| 11 | Geary Trigleth | 7100-000 | NA | $1,379,109.10 | $0.00 | $0.00 |
| 12 | Jacob A. Warnock, Inc. | 7100-000 | $70,000.00 | $53,010.50 | $53,010.50 | $53,010.50 |
| 13 | Danene Harvey | 7100-000 | NA | $5,000.00 | $2,000.00 | $2,000.00 |
| 14 | Landmark Drilling, LLC | 7200-000 | $32,035.00 | $32,035.00 | $32,035.00 | $5,727.39 |
|  | Allison M. Lockhart |  | NA | NA | NA | $0.00 |
|  | Anderson, Riddle L.L.P. c/o |  | $7,796.78 | NA | NA | $0.00 |
|  | AWWS Enterprises, LLC |  | $3,148.86 | NA | NA | $0.00 |
|  | Azle Independent School District |  | NA | NA | NA | $0.00 |
|  | B & O Oilfield Services |  | $106,372.70 | NA | NA | $0.00 |
|  | Boaz Energy LLC |  | $42,224.00 | NA | NA | $0.00 |
|  | Bubba James Steam Service, Inc. |  | $2,137.50 | NA | NA | $0.00 |
|  | Dale Lipsmeyer |  | NA | NA | NA | $0.00 |
|  | DOC Energy Services, Inc. c/o |  | $10,000.00 | NA | NA | $0.00 |
|  | Giancarlo Nisimblat |  | NA | NA | NA | $0.00 |
|  | Globe Energy Services |  | $5,765.38 | NA | NA | $0.00 |
|  | Greg Baxter's Hot Oil Service |  | $970.50 | NA | NA | $0.00 |
|  | Hydrostatic Oilfield Test |  | $36,107.33 | NA | NA | $0.00 |
|  | IFPS |  | $18,800.00 | NA | NA | $0.00 |
|  | J.W. Porter |  | $22,786.14 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Joseph J. Mastrogiovanni, Jr. | | NA | NA | NA | $0.00 |
| | Josh Maness | | NA | NA | NA | $0.00 |
| | Kathleen Brown | | NA | NA | NA | $0.00 |
| | KSA Engineers | | $3,504.39 | NA | NA | $0.00 |
| | Kurt Truelove | | NA | NA | NA | $0.00 |
| | LATX Operations, LLC | | $1,146.12 | NA | NA | $0.00 |
| | Linebarger, Goggan, Blair, & | | NA | NA | NA | $0.00 |
| | Matthew C. Jameson | | NA | NA | NA | $0.00 |
| | Norbert Gunderman Jr. Coll | | $29.23 | NA | NA | $0.00 |
| | O.V. Services & Rentals | | $1,446.25 | NA | NA | $0.00 |
| | Oil City Supply | | $671.17 | NA | NA | $0.00 |
| | Parker Brothers Electrical | | $33,692.73 | NA | NA | $0.00 |
| | Proven Reserve Mgmt. | | $8.73 | NA | NA | $0.00 |
| | R.C.T. & Company | | $125,548.15 | NA | NA | $0.00 |
| | Robert M. Clark | | NA | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,466,802.58 | $3,126,364.38 | $365,146.18 | $338,838.57 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **15-41541**        Judge: **Brenda Rhoades**        Trustee Name: **Mark A. Weisbart**

Case Name: **PANAMERICAN OPERATING, INC.**        Date Filed (f) or Converted (c): **08/28/2015 (f)**

341(a) Meeting Date: **09/28/2015**

For Period Ending: **07/21/2020**        Claims Bar Date: **01/05/2016**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | Rudd #1, #2, #3, #4 Wells 1% Ownership interest Ha | 1,800.00 | 1,800.00 | | 0.00 | FA |
| 2. | General liability insurance policy with Gemini | 0.00 | 0.00 | | 0.00 | FA |
| 3. | Oilfield insurance policy with Gemini | 0.00 | 0.00 | | 0.00 | FA |
| 4. | Well control insurance policy with Gemini | 0.00 | 0.00 | | 0.00 | FA |
| 5. | Surety bond with the State of Texas | 0.00 | 0.00 | | 0.00 | FA |
| 6. | Surety bond with the State of North Dakota | 0.00 | 0.00 | | 0.00 | FA |
| 7. | Counterclaim against George Land & Cattle Co., LLC | 10,000.00 | 2,000.00 | | 0.00 | FA |
| 8. | Operator number from Texas Railroad Commission | 0.00 | 0.00 | | 0.00 | FA |
| 9. | Furniture, servers, and computer equipment | 58.00 | 0.00 | | 0.00 | FA |
| 10. | Domain name: http://www.panamop.com | 0.00 | 0.00 | | 0.00 | FA |
| 11. | Oil Field Equipment (u) 3 Pumping units (40's) 3 Electric motors (71/2 HP) 3 Separators (2-8x10; 1-6x8) 3 Down hole barrel pumps 4 Tanks (300 bbl) 3 Wellheads (stuffing box) 1 Gas engine 3 Sets of walkways 3 Polish rods | 1,000.00 | 17,600.00 | | 17,600.00 | FA |
| 12. | Litigation Claims - Geary Trigleth & High Plains Operating (u) | 0.00 | 10,000.00 | | 43,000.00 | FA |
| 13. | Unclaimed Funds From Comptroller of Public Accounts (u) | 0.00 | 199,615.88 | | 199,615.88 | FA |
| 14. | Farmers Insurance Group Refund (u) | 0.00 | 81.87 | | 81.87 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **15-41541**                    Judge: **Brenda Rhoades**                    Trustee Name: **Mark A. Weisbart**
Case Name: **PANAMERICAN OPERATING, INC.**                            Date Filed (f) or Converted (c): **08/28/2015 (f)**
                                                                    341(a) Meeting Date: **09/28/2015**
For Period Ending: **07/21/2020**                                    Claims Bar Date: **01/05/2016**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 15.  Unclaimed Funds (u) | 0.00 | 92,890.81 | | 92,894.01 | FA |
| 16.  Arkansas ORRI (u) | 0.00 | 90,000.00 | | 94,213.03 | FA |
| 17.  Louisiana ORRI (u) | 0.00 | 25,000.00 | | 24,584.48 | FA |
| 18.  Sale of Arkansas ORRI (u) | 0.00 | 31,450.00 | | 37,500.00 | FA |
| 19.  Sale of Louisiana ORRI (u) | 0.00 | 31,750.00 | | 38,500.00 | FA |

Gross Value of Remaining Assets

**TOTALS (Excluding Unknown Values)**                12,858.00        502,188.56            547,989.27            0.00

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**Final distribution completed, awaiting $0 bank statement - April 30, 2020**

Initial Projected Date of Final Report(TFR) : 10/31/2017            Current Projected Date of Final Report(TFR) : 12/31/2019

Trustee's Signature        /s/Mark A. Weisbart                Date:  07/21/2020
                Mark A. Weisbart
                12770 Coit Road, Suite 541
                Dallas, TX 75251
                Phone : (972) 628-4903

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 15-41541 | | | Trustee Name: | **Mark A. Weisbart** | |
| Case Name: | **PANAMERICAN OPERATING, INC.** | | | Bank Name: | **Texas Capital Bank** | |
| | | | | Account Number/CD#: | ********0039** | |
| | | | | Account Name | **Checking Account** | |
| Taxpayer ID No: | **-***5976 | | | Blanket bond (per case limit): | **300,000.00** | |
| For Period Ending: | 7/21/2020 | | | Separate bond (if applicable): | **430,000.00** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/06/2016 | | Transfer from FNB of Vinita | | 9999-000 | 16,483.49 | | 16,483.49 |
| 10/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 19.19 | 16,464.30 |
| 10/28/2016 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - October 2016 | 1249-000 | 1,500.00 | | 17,964.30 |
| 11/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 23.28 | 17,941.02 |
| 11/17/2016 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - November 2016 | 1249-000 | 1,500.00 | | 19,441.02 |
| 12/05/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 26.05 | 19,414.97 |
| 12/15/2016 | 52001 | McGuire, Craddock & Strother, P.C. 2501 North Harwood, Suite 1800 Dallas, TX 75201 | Attorney for Trustee Fees (Interim Payment) | 3210-000 | | 10,000.00 | 9,414.97 |
| 12/19/2016 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - December 2016 | 1249-000 | 1,500.00 | | 10,914.97 |
| | | | Page Subtotals | | 20,983.49 | 10,068.52 | |

**Exhibit 9**

FORM 2<br>ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  15-41541
Case Name:  PANAMERICAN OPERATING, INC.

Taxpayer ID No:  **-***5976
For Period Ending:  7/21/2020

Trustee Name:  Mark A. Weisbart
Bank Name:  Texas Capital Bank
Account Number/CD#:  ******0039
Account Name  Checking Account
Blanket bond (per case limit):  300,000.00
Separate bond (if applicable):  430,000.00

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | | | |
| 01/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 28.01 | 10,886.96 |
| 01/11/2017 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - January 2017 | 1249-000 | 1,500.00 | | 12,386.96 |
| 02/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 17.99 | 12,368.97 |
| 02/24/2017 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - February 2017 | 1249-000 | 1,500.00 | | 13,868.97 |
| 03/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 17.66 | 13,851.31 |
| 03/29/2017 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - March 2017 | 1249-000 | 1,500.00 | | 15,351.31 |
| 04/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 19.56 | 15,331.75 |
| | | | Page Subtotals | | 4,500.00 | 83.22 | |

UST Form 101-7-TDR (10/1/2010) (Page 10)    **Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  **15-41541**
Case Name:  **PANAMERICAN OPERATING, INC.**

Taxpayer ID No:  **\*\*-\*\*\*5976**
For Period Ending:  **7/21/2020**

Trustee Name:  **Mark A. Weisbart**
Bank Name:  **Texas Capital Bank**
Account Number/CD#:  **\*\*\*\*\*\*0039**
Account Name  **Checking Account**
Blanket bond (per case limit):  **300,000.00**
Separate bond (if applicable):  **430,000.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/28/2017 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - April 2017 | 1249-000 | 1,500.00 | | 16,831.75 |
| 05/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 21.63 | 16,810.12 |
| 05/18/2017 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - May 2017 | 1249-000 | 1,500.00 | | 18,310.12 |
| 06/05/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 24.44 | 18,285.68 |
| 06/20/2017 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - June 2017 | 1249-000 | 1,500.00 | | 19,785.68 |
| 07/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 26.32 | 19,759.36 |
| 07/27/2017 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - July 2017 | 1249-000 | 1,500.00 | | 21,259.36 |
| | | | Page Subtotals | | 6,000.00 | 72.39 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: **15-41541**

Case Name: **PANAMERICAN OPERATING, INC.**

Taxpayer ID No: **\*\*-\*\*\*5976**

For Period Ending: **7/21/2020**

Trustee Name: **Mark A. Weisbart**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*0039**

Account Name **Checking Account**

Blanket bond (per case limit): **300,000.00**

Separate bond (if applicable): **430,000.00**

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 27.95 | 21,231.41 |
| 08/22/2017 | [13] | Texas Comptroler of Public Accounts | Unclaimed Funds | 1229-000 | 199,615.88 | | 220,847.29 |
| 08/29/2017 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - August 2017 | 1249-000 | 1,500.00 | | 222,347.29 |
| 09/05/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 119.84 | 222,227.45 |
| 09/28/2017 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - September 2017 | 1249-000 | 1,500.00 | | 223,727.45 |
| 10/04/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 310.74 | 223,416.71 |
| 10/12/2017 | 52002 | McGuire, Craddock & Strother, P.C. 2501 North Harwood, Suite 1800 Dallas, TX 75201 | Attorney for Trustee Fees & Expenses | | | 59,526.92 | 163,889.79 |
| | | | Attorney for Trustee Fees          (58,274.75) | 3210-000 | | | |
| | | | Page Subtotals | | 202,615.88 | 59,985.45 | |

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-41541 |
|---|---|
| Case Name: | PANAMERICAN OPERATING, INC. |
| Taxpayer ID No: | **-***5976 |
| For Period Ending: | 7/21/2020 |

| Trustee Name: | Mark A. Weisbart |
|---|---|
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******0039 |
| Account Name | Checking Account |
| Blanket bond (per case limit): | 300,000.00 |
| Separate bond (if applicable): | 430,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | Attorney for Trustee Expenses  (1,252.17) | 3220-000 | | | |
| 10/12/2017 | 52003 | Edward Prior and Associates PO Box 860 Captain Cook, HI 96704 | Lost Asset Recovery Specialist Fees | 3991-000 | | 19,934.00 | 143,955.79 |
| 11/01/2017 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - October 2017 | 1249-000 | 1,500.00 | | 145,455.79 |
| 11/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 271.07 | 145,184.72 |
| 12/04/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 202.89 | 144,981.83 |
| 12/12/2017 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - November 2017 | 1249-000 | 1,500.00 | | 146,481.83 |
| 01/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 203.96 | 146,277.87 |
| 01/05/2018 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - December 2017 | 1249-000 | 1,500.00 | | 147,777.87 |
| | | | Page Subtotals | | 4,500.00 | 80,138.84 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | **15-41541** | |
| Case Name: | **PANAMERICAN OPERATING, INC.** | |
| Taxpayer ID No: | **\*\*-\*\*\*5976** | |
| For Period Ending: | **7/21/2020** | |

| | |
|---|---|
| Trustee Name: | **Mark A. Weisbart** |
| Bank Name: | **Texas Capital Bank** |
| Account Number/CD#: | **\*\*\*\*\*\*0039** |
| Account Name | **Checking Account** |
| Blanket bond (per case limit): | **300,000.00** |
| Separate bond (if applicable): | **430,000.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/05/2018 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - January 2018 | 1249-000 | 1,500.00 | | 149,277.87 |
| 02/05/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 206.23 | 149,071.64 |
| 03/05/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 208.03 | 148,863.61 |
| 03/12/2018 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - February 2018 | 1249-000 | 1,500.00 | | 150,363.61 |
| 04/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 209.39 | 150,154.22 |
| 05/03/2018 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - March 2018 | 1249-000 | 1,500.00 | | 151,654.22 |
| 05/03/2018 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - April 2018 | 1249-000 | 1,500.00 | | 153,154.22 |
| | | | Page Subtotals | | 6,000.00 | 623.65 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No:** 15-41541
**Case Name:** PANAMERICAN OPERATING, INC.

**Taxpayer ID No:** **-***5976
**For Period Ending:** 7/21/2020

**Trustee Name:** Mark A. Weisbart
**Bank Name:** Texas Capital Bank
**Account Number/CD#:** ******0039
**Account Name** Checking Account
**Blanket bond (per case limit):** 300,000.00
**Separate bond (if applicable):** 430,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 209.82 | 152,944.40 |
| 06/04/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 213.45 | 152,730.95 |
| 06/20/2018 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - May 2018 | 1249-000 | 1,500.00 | | 154,230.95 |
| 07/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 214.20 | 154,016.75 |
| 08/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 215.22 | 153,801.53 |
| 08/13/2018 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - June & July 2018 | 1249-000 | 3,000.00 | | 156,801.53 |
| 08/14/2018 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - August 2018 | 1249-000 | 1,500.00 | | 158,301.53 |
| | | | Page Subtotals | | 6,000.00 | 852.69 | |

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-41541 | Trustee Name: | Mark A. Weisbart |
| Case Name: | PANAMERICAN OPERATING, INC. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******0039 |
| Taxpayer ID No: | **-***5976 | Account Name | Checking Account |
| For Period Ending: | 7/21/2020 | Blanket bond (per case limit): | 300,000.00 |
| | | Separate bond (if applicable): | 430,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/04/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 218.71 | 158,082.82 |
| 10/02/2018 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - September 2018 | 1249-000 | 1,500.00 | | 159,582.82 |
| 10/02/2018 | [14] | Farmers Insurance Group | Farmers Insurance Group Refund | 1229-000 | 81.87 | | 159,664.69 |
| 10/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 220.91 | 159,443.78 |
| 10/29/2018 | [16] | Panhandle Oil and Gas Inc. | Arkansas ORRI | 1229-000 | 86,807.69 | | 246,251.47 |
| 11/08/2018 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - October 2018 | 1249-000 | 1,500.00 | | 247,751.47 |
| 11/13/2018 | [16] | Panhandle Oil and Gas Inc. | Arkansas ORRI | 1229-000 | 620.53 | | 248,372.00 |
| 11/30/2018 | [12] | Geary Lee Trigleth | Settlement Agreement Payment - November 2018 | 1249-000 | 1,500.00 | | 249,872.00 |
| 12/18/2018 | [16] | Panhandle Oil and Gas Inc. | Arkansas ORRI | 1229-000 | 628.16 | | 250,500.16 |
| | | | Page Subtotals | | 92,638.25 | 439.62 | |

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: **15-41541**
Case Name: **PANAMERICAN OPERATING, INC.**

Taxpayer ID No: **\*\*-\*\*\*5976**
For Period Ending: **7/21/2020**

Trustee Name: **Mark A. Weisbart**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*0039**
Account Name **Checking Account**
Blanket bond (per case limit): **300,000.00**
Separate bond (if applicable): **430,000.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/14/2019 | [16] | Panhandle Oil and Gas Inc. | Arkansas ORRI | 1229-000 | 753.42 | | 251,253.58 |
| 02/12/2019 | [16] | Panhandle Oil and Gas Inc. | Arkansas ORRI | 1229-000 | 895.27 | | 252,148.85 |
| 02/26/2019 | [12] | McGuire Craddock and Strother PC | Trigleth Settlement Agreement Payment - Final | 1249-000 | 4,000.00 | | 256,148.85 |
| 03/11/2019 | [16] | Panhandle Oil and Gas Inc. | Arkansas ORRI | 1229-000 | 1,774.61 | | 257,923.46 |
| 04/09/2019 | [16] | Panhandle Oil and Gas Inc. | Arkansas ORRI | 1229-000 | 1,104.50 | | 259,027.96 |
| 04/25/2019 | [15] | Texas Comptroller of Public Accounts | Unclaimed Funds | 1229-000 | 92,894.01 | | 351,921.97 |
| 04/29/2019 | 52004 | International Sureties, Ltd 701 Poydras Street Suite 420 New Orleans, LA 70139 | Trustee Bond #016221352 | 2300-000 | | 706.00 | 351,215.97 |
| 04/29/2019 | 52005 | SPRI Investigations 34522 N Scottsdale Road, Suite 120-264 Scottsdale, AZ 85266 | Invoice # 190426PA | 3991-000 | | 10,055.78 | 341,160.19 |
| 05/10/2019 | [16] | Panhandle Oil and Gas Inc. | Arkansas ORRI | 1229-000 | 624.68 | | 341,784.87 |
| | | | Page Subtotals | | 102,046.49 | 10,761.78 | |

UST Form 101-7-TDR (10/1/2010) (Page 17)

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 15-41541 | |
| Case Name: | PANAMERICAN OPERATING, INC. | |
| Taxpayer ID No: | **-***5976 | |
| For Period Ending: | 7/21/2020 | |

| | |
|---|---|
| Trustee Name: | Mark A. Weisbart |
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******0039 |
| Account Name | Checking Account |
| Blanket bond (per case limit): | 300,000.00 |
| Separate bond (if applicable): | 430,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/14/2019 | 52006 | McGuire, Craddock & Strother, P.C. 2501 North Harwood, Suite 1800 Dallas, TX 75201 | Attorney for Trustee Fees & Expenses | | | 23,243.29 | 318,541.58 |
| | | | Attorney for Trustee Fees (22,811.50) | 3210-000 | | | |
| | | | Attorney for Trustee Expenses (431.79) | 3220-000 | | | |
| 06/12/2019 | [17] | Chesapeake Operating, LLC | Louisiana ORRI | 1229-000 | 20,220.07 | | 338,761.65 |
| 07/03/2019 | [17] | Chesapeake Operating, LLC | Louisiana ORRI | 1229-000 | 816.08 | | 339,577.73 |
| 07/10/2019 | [16] | Panhandle Oil and Gas Inc. | Arkansas ORRI | 1229-000 | 216.28 | | 339,794.01 |
| 08/16/2019 | [17] | Chesapeake Operating, LLC | Louisiana ORRI | 1229-000 | 723.87 | | 340,517.88 |
| 08/16/2019 | [16] | Panhandle Oil and Gas Inc. | Arkansas ORRI | 1229-000 | 323.51 | | 340,841.39 |
| 09/09/2019 | [17] | Chesapeake Operating, LLC | Louisiana ORRI | 1229-000 | 748.79 | | 341,590.18 |
| 09/16/2019 | [16] | Panhandle Oil and Gas Inc. | Arkansas ORRI | 1229-000 | 152.89 | | 341,743.07 |
| 10/04/2019 | [17] | Chesapeake Operating, LLC | Louisiana ORRI | 1229-000 | 571.96 | | 342,315.03 |
| | | | Page Subtotals | | 23,773.45 | 23,243.29 | |

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 15-41541 | |
| Case Name: | PANAMERICAN OPERATING, INC. | |
| Taxpayer ID No: | **-***5976 | |
| For Period Ending: | 7/21/2020 | |

| | |
|---|---|
| Trustee Name: | Mark A. Weisbart |
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******0039 |
| Account Name | Checking Account |
| Blanket bond (per case limit): | 300,000.00 |
| Separate bond (if applicable): | 430,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/08/2019 | [18] | M IV Ops Inc | Sale of Arkansas ORRI - Deposit Payment | 1210-000 | 5,000.00 | | 347,315.03 |
| 10/08/2019 | [19] | M IV Ops Inc | Sale of Louisiana ORRI - Deposit Payment | 1210-000 | 5,000.00 | | 352,315.03 |
| 11/07/2019 | [17] | Chesapeake Operating, LLC | Louisiana ORRI | 1229-000 | 439.55 | | 352,754.58 |
| 11/18/2019 | [16] | Panhandle Oil and Gas Inc. | Arkansas ORRI | 1229-000 | 194.38 | | 352,948.96 |
| 11/18/2019 | [18] | McCulliss Oil & Gas Inc | Sale of Arkansas ORRI - Deposit Payment | 1210-000 | 5,000.00 | | 357,948.96 |
| 11/18/2019 | [19] | McCulliss Oil & Gas Inc | Sale of Louisiana ORRI - Deposit Payment | 1210-000 | 5,000.00 | | 362,948.96 |
| 11/18/2019 | | McCulliss Oil & Gas Inc | Sale of Arkansas & Louisiana ORRI | | 66,000.00 | | 428,948.96 |
| | [18] | | Sale of Arkansas ORRI                32,500.00 | 1210-000 | | | |
| | [19] | | Sale of Louisiana ORRI               33,500.00 | 1210-000 | | | |
| 11/18/2019 | 52007 | M IV Ops Inc | Refund of Louisiana & Arkansas Deposits Payments | | | (10,000.00) | 418,948.96 |
| | [19] | | (5,000.00) | 1210-000 | | | |
| | [18] | | (5,000.00) | 1210-000 | | | |
| | | | Page Subtotals | | 76,633.93 | 0.00 | |

**Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-41541 | | Trustee Name: | Mark A. Weisbart |
| Case Name: | PANAMERICAN OPERATING, INC. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******0039 |
| | | | Account Name | Checking Account |
| Taxpayer ID No: | **-***5976 | | Blanket bond (per case limit): | 300,000.00 |
| For Period Ending: | 7/21/2020 | | Separate bond (if applicable): | 430,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/20/2019 | 52008 | International Sureties, Ltd<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Trustee Bond #016221352 | 2300-000 | | 67.00 | 418,881.96 |
| 12/04/2019 | [17] | Chesapeake Operating, LLC | Louisiana ORRI - September 2019 | 1229-000 | 461.10 | | 419,343.06 |
| 12/10/2019 | [17] | Panhandle Oil and Gas Inc. | Arkansas ORRI - September 2019 | 1229-000 | 101.02 | | 419,444.08 |
| 12/16/2019 | 52009 | McGuire, Craddock & Strother, P.C.<br>2501 North Harwood, Suite 1800<br>Dallas, TX 75201 | Attorney for Trustee Fees & Expenses | | | 44,801.56 | 374,642.52 |
| | | | Attorney for Trustee Fees (43,658.00) | 3210-000 | | | |
| | | | Attorney for Trustee Expenses (1,143.56) | 3220-000 | | | |
| 01/08/2020 | [17] | Chesapeake Operating, LLC | Louisiana ORRI - October 2019 | 1229-000 | 502.04 | | 375,144.56 |
| 01/10/2020 | [16] | Panhandle Oil and Gas Inc. | Arkansas ORRI - October 2019 | 1229-000 | 117.11 | | 375,261.67 |
| 04/15/2020 | 52010 | Mark Weisbart<br>12770 Coit Road<br>Suite 541<br>Dallas, TX 75251 | Trustee's Compensation | 2100-000 | | 30,649.46 | 344,612.21 |
| | | | Page Subtotals | | 1,181.27 | 75,518.02 | |

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No:** 15-41541
**Case Name:** PANAMERICAN OPERATING, INC.

**Taxpayer ID No:** **-***5976
**For Period Ending:** 7/21/2020

**Trustee Name:** Mark A. Weisbart
**Bank Name:** Texas Capital Bank
**Account Number/CD#:** ******0039
**Account Name** Checking Account
**Blanket bond (per case limit):** 300,000.00
**Separate bond (if applicable):** 430,000.00

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/15/2020 | 52011 | Mark Weisbart<br>12770 Coit Road<br>Suite 541<br>Dallas, TX 75251 | Trustee Expenses | 2200-000 | | 1,502.99 | 343,109.22 |
| 04/15/2020 | 52012 | Conway County Tax Collector<br>117 S Moose St Ste 106<br>Morrilton, AR 72110 | Disb of 100.00% to Claim #1<br>Acct # 7237 | 5800-000 | | 34.64 | 343,074.58 |
| 04/15/2020 | 52013 | Tarrant County<br>2777 N Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Disb of 100.00% to Claim #15<br>Acct # 0532 | 5800-000 | | 2,057.09 | 341,017.49 |
| 04/15/2020 | 52014 | Parker CAD<br>2777 N Stemmons Fwy Ste 1000<br>Dallas, TX 75207 | Disb of 100.00% to Claim #16<br>Acct #s 5096, 3197, 4945, 9615, 0368 | 5800-000 | | 2,157.75 | 338,859.74 |
| 04/15/2020 | 52015 | Archer County<br>2777 N Stemmons Fwy Ste 1000<br>Dallas, TX 75207 | Disb of 100.00% to Claim #17<br>Acct #s 0907, 0905 | 5800-000 | | 21.17 | 338,838.57 |
| 04/15/2020 | 52016 | Bell Supply Company<br>c/o Jameson and Dunagan, PC<br>5429 Lyndon B Johnson Fwy Ste 700<br>Dallas, TX 75240 | Disb of 100.00% to Claim #2<br>Acct # PAN OPE | 7100-000 | | 30,937.85 | 307,900.72 |
| | | | Page Subtotals | | 0.00 | 36,711.49 | |

UST Form 101-7-TDR (10/1/2010) (Page 21)                              **Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-41541 | Trustee Name: | Mark A. Weisbart |
|---|---|---|---|
| Case Name: | PANAMERICAN OPERATING, INC. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******0039 |
| | | Account Name | Checking Account |
| Taxpayer ID No: | **-***5976 | Blanket bond (per case limit): | 300,000.00 |
| For Period Ending: | 7/21/2020 | Separate bond (if applicable): | 430,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/15/2020 | 52017 | BSC Rod Lift Solutions, LLC c/o Jameson and Dunagan, PC 5429 Lyndon B Johnson Fwy Ste 700 Dallas, TX 75240 | Disb of 100.00% to Claim #3 Acct # PAN OPE | 7100-000 | | 1,486.02 | 306,414.70 |
| 04/15/2020 | 52018 | Mark Cambiano 108 S Moose St Morrilton, AR 72110 | Disb of 100.00% to Claim #4 | 7100-000 | | 5,000.00 | 301,414.70 |
| 04/15/2020 | 52019 | Petit Jean Land Co., LLC 108 S Moose St Morrilton, AR 72110 | Disb of 100.00% to Claim #5 | 7100-000 | | 75,000.00 | 226,414.70 |
| 04/15/2020 | 52020 | Kathleen Cambiano 108 S Moose St Morrilton, AR 72110 | Disb of 100.00% to Claim #6 | 7100-000 | | 5,000.00 | 221,414.70 |
| 04/15/2020 | 52021 | Basic Energy Services, LP c/o Zachary S. McKay Dore' Law Group, P.C. 17171 Park Row Ste 160 Houston, TX 77084 | Disb of 100.00% to Claim #8 | 7100-000 | | 15,421.72 | 205,992.98 |
| 04/15/2020 | 52022 | CC Forbes, LLC PO Box 250 Alice, TX 78333 | Disb of 100.00% to Claim #9 | 7100-000 | | 145,255.09 | 60,737.89 |
| | | | Page Subtotals | | 0.00 | 247,162.83 | |

UST Form 101-7-TDR (10/1/2010) (Page 22)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **15-41541**

Case Name: **PANAMERICAN OPERATING, INC.**

Taxpayer ID No: **\*\*-\*\*\*5976**

For Period Ending: **7/21/2020**

Trustee Name: **Mark A. Weisbart**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*0039**

Account Name **Checking Account**

Blanket bond (per case limit): **300,000.00**

Separate bond (if applicable): **430,000.00**

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/15/2020 | 52023 | Jacob A. Warnock, Inc. c/o Kathleen Brown, Attorney at Law 4715 Taft Blvd Wichita Falls, TX 76308 | Disb of 100.00% to Claim #12 Acct # 3355 | 7100-000 | | 53,010.50 | 7,727.39 |
| 04/15/2020 | 52024 | Danene Harvey 7010 Dalewood Ln Dallas, TX 75214 | Disb of 100.00% to Claim #13 | 7100-000 | | 2,000.00 | 5,727.39 |
| 04/15/2020 | 52025 | Landmark Drilling, LLC PO Box 417 Waskom, TX 75692 | Disb of 17.88% to Claim #14 | 7200-000 | | 5,727.39 | 0.00 |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 60,737.89 |

| | | |
|---|---|---|
| COLUMN TOTALS | 546,872.76 | 546,872.76 |
| Less:Bank Transfer/CD's | 16,483.49 | 0.00 |
| SUBTOTALS | 530,389.27 | 546,872.76 |
| Less: Payments to Debtors | | 0.00 |
| Net | 530,389.27 | 546,872.76 |

UST Form 101-7-TDR (10/1/2010) (Page 23)

**Exhibit 9**

FORM 3
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 15-41541 | **Trustee Name:** Mark A. Weisbart |
| **Case Name:** PANAMERICAN OPERATING, INC. | **Bank Name:** First National Bank of Vinita |
| | **Account Number/CD#:** ******3222 |
| **Taxpayer ID No:** **-***5976 | **Account Name** Checking Account |
| **For Period Ending:** 7/21/2020 | **Blanket bond (per case limit):** 300,000.00 |
| | **Separate bond (if applicable):** 430,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/04/2016 | [11] | Quilling, Selander, Lownds, | Sale of Equipment | 1229-000 | 17,600.00 | | 17,600.00 |
| 04/08/2016 | 10001 | Circle C Oilfield Services LLC PO Box 205 Jonesville , Texas 75659 | Equipment Storage | 2420-000 | | 1,050.00 | 16,550.00 |
| 05/06/2016 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 14.46 | 16,535.54 |
| 06/07/2016 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 17.56 | 16,517.98 |
| 07/08/2016 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 16.97 | 16,501.01 |
| 08/05/2016 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 17.52 | 16,483.49 |
| 09/06/2016 | | Transfer to Texas Capital Bank | | 9999-000 | | 16,483.49 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 17,600.00 | 17,600.00 |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 17,600.00 | 17,600.00 |
| Less:Bank Transfer/CD's | 0.00 | 16,483.49 |
| **SUBTOTALS** | 17,600.00 | 1,116.51 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 17,600.00 | 1,116.51 |

UST Form 101-7-TDR (10/1/2010) (Page 24)                                **Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-41541 | | Trustee Name: | Mark A. Weisbart |
|---|---|---|---|---|
| Case Name: | PANAMERICAN OPERATING, INC. | | Bank Name: | First National Bank of Vinita |
| | | | Account Number/CD#: | ******3222 |
| | | | Account Name | Checking Account |
| Taxpayer ID No: | **-***5976 | | Blanket bond (per case limit): | 300,000.00 |
| For Period Ending: | 7/21/2020 | | Separate bond (if applicable): | 430,000.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| All Accounts Gross Receipts: | 547,989.27 | | | | | |
| All Accounts Gross Disbursements: | 547,989.27 | | ******3222 Checking Account | 17,600.00 | 1,116.51 | |
| All Accounts Net: | 0.00 | | ******0039 Checking Account | 530,389.27 | 546,872.76 | |
| | | | **Net Totals** | 547,989.27 | 547,989.27 | 0.00 |

**Exhibit 9**